**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

Jeniqua Knuckles
512 Singing Bush Ave
Summerville, SC 29486
Plaintiff,
v.


Freedom Mortgage Corporation
907 Pleasant Valley Ave
Mount Laurel, NJ 08054

and


PHH Mortgage Corporation
2001 Bishops Gate Blvd
Mount Laurel, NJ 08054
Defendants.


Case No.: 2:25-cv-13790-DCN-MHC


COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND DECLARATORY RELIEF


(Jury Trial Demanded)

---

INTRODUCTION

1.    Plaintiff brings this action against Defendant mortgage servicers for unlawful mortgage servicing practices, including fraud in the loan modification process, illegal fees, credit reporting violations, violations of federal consumer protection laws, and the creation of a fraudulent second loan/partial claim without Plaintiff's consent.

2.  Defendants engaged in deceitful conduct, including falsifying records, failing to validate the debt, reporting false information to credit bureaus, and attempting to collect amounts not legally owed, all of which caused severe financial, emotional, and personal harm to Plaintiff.

3.  Plaintiff seeks compensatory damages, statutory damages, punitive damages, declaratory relief, injunctive relief, and all other relief this Court deems proper.

## JURISDICTION & VENUE

4.  This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because the case involves federal questions arising under RESPA, TILA, and the FDCPA.

5.  Supplemental jurisdiction is proper under 28 U.S.C. § 1367 for related state-law claims including fraud, negligent misrepresentation, and breach of contract.

6.  Venue is proper in this district under 28 U.S.C. § 1391 because the property is located in Summerville, South Carolina, and the events at issue occurred in this judicial district.

## PARTIES

7.  Plaintiff Jeniqua Knuckles is a homeowner residing at 512 Singing Bush Ave, Summerville, South Carolina.

8.  Defendant Freedom Mortgage Corporation is a mortgage lender/servicer doing business in South Carolina.

9.  Defendant PHH Mortgage Corporation is a mortgage servicer doing business in South Carolina and servicing Plaintiff's loan.

## FACTUAL ALLEGATIONS

10. Plaintiff obtained a VA-backed mortgage loan serviced by Defendants.

11. During or after the COVID-19 pandemic, Defendants created, reported, or claimed the existence of a fraudulent partial claim/second loan in the approximate amount of $63,571.07 without Plaintiff's awareness, consent, signature, or legal authorization.

12. Defendants misrepresented the validity of this second loan and reported it as part of Plaintiff's mortgage obligation.

13. Defendants added illegal and unauthorized fees, including improper late fees, corporate advances, and unexplained charges.

14. Throughout the modification process, Defendants engaged in fraud, including:

a. falsifying or altering loan records;

b. providing contradictory account information;

c. refusing to validate the debt;

d. failing to produce the original note or chain of title;

e. concealing material facts about Plaintiff's loan.

15. Defendants repeatedly failed to adequately respond to Plaintiff's written requests for information and failed to correct errors as required under RESPA.

16. PHH and Freedom Mortgage engaged in harassing conduct, including repeated threatening communications and pressure tactics.

17. Defendants caused severe credit reporting damage, reporting Plaintiff as delinquent or in default based on false and fraudulent loan information.

18. Plaintiff suffered significant harm including:

- substantial credit damage;
- emotional distress;
- out-of-pocket expenses;
- an inflated and inaccurate loan balance;
- exposure to potential foreclosure;
- the burden of a fraudulent second loan.

19. Plaintiff never signed, authorized, or approved any second loan, partial claim, or modification containing such terms.

---

CAUSES OF ACTION

COUNT 1 — Violation of RESPA (12 U.S.C. § 2605)

(Against All Defendants)

20. Plaintiff incorporates all prior paragraphs.

21. Defendants failed to adequately respond to Plaintiff's qualified written requests.

22. Defendants did not correct servicing errors.

23. Defendants provided false and misleading information regarding the loan.

24. Plaintiff suffered financial and emotional damages as a result.

COUNT 2 — Violation of TILA (15 U.S.C. § 1601 et seq.)

(Against All Defendants)

25. Defendants failed to disclose material loan terms.

26. Defendants modified loan terms without Plaintiff's consent.

27. Plaintiff suffered damages including credit harm and monetary losses.

COUNT 3 — Violation of FDCPA (15 U.S.C. § 1692 et seq.)

(Against PHH Mortgage)

28. PHH attempted to collect amounts not owed.

29. PHH used false representations about the debt.

30. PHH failed to provide validation upon request.

31. Plaintiff suffered harm including emotional distress and financial injury.

COUNT 4 — Fraud and Misrepresentation

(Against All Defendants)

32. Defendants intentionally created and reported a fraudulent partial claim/second loan.

33. Defendants misrepresented Plaintiff's loan balance and servicing history.

34. Plaintiff reasonably relied on Defendants' representations to her detriment.

---

COUNT 5 — Breach of Contract & Breach of the Implied Covenant of Good Faith

(Against All Defendants)

35. Defendants violated the mortgage contract by adding unauthorized fees and altering loan terms.

36. Defendants failed to service the loan fairly, honestly, and in good faith.

---

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment in her favor and the following relief:

Declaratory & Injunctive Relief

A. Declare Defendants' alleged partial claim/second loan null and void.

B. Order Defendants to remove all fraudulent loan balances.

C. Order Defendants to correct Plaintiff's loan balance.

D. Require Defendants to remove all negative and inaccurate credit reporting.

Damages

E. Compensatory damages in an amount no less than $3,000,000.00.

F. Statutory damages under RESPA, TILA, and the FDCPA.

G. Punitive damages for willful, malicious, and fraudulent conduct.

H. Reasonable attorney's fees and costs if permitted.

Other Relief

I. Any additional relief deemed just and proper.

---

JURY DEMAND

Plaintiff demands a trial by jury.

---

SIGNATURE

Respectfully submitted,

/s/ Jeniqua Knuckles

Jeniqua Knuckles

512 Singing Bush Ave

Summerville, SC 29486

Phone: 706-339-5633

Email: ladyjeniqua@gmail.com

Date: 12/9/25

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jenique Knuckles
   Street Address: 512 Singing Bush Ave
   City and County: Summerville, Berkeley
   State and Zip Code: South Carolina 29483
   Telephone Number: 706 339 8633

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: PHH
   Job or Title (if known): Mortgage Corp
   Street Address: 2001 Bishops Gate Blvd
   City and County: Mount Laurel
   State and Zip Code: NJ 08054
   Telephone Number:

   Defendant No. 2
   Name: Freedom Mortgage
   Job or Title (if known):
   Street Address: 907 Pleasant Valley Av
   City and County: Mount Laurel
   State and Zip Code: NJ 08054
   Telephone Number:

   Defendant No. 3
   Name:

2

|                          |   |
|--------------------------|---|
| Job or Title (if known)  |   |
| Street Address           |   |
| City and County          |   |
| State and Zip Code       |   |
| Telephone Number         |   |

Defendant No. 4

|                          |   |
|--------------------------|---|
| Name                     |   |
| Job or Title (if known)  |   |
| Street Address           |   |
| City and County          |   |
| State and Zip Code       |   |
| Telephone Number         |   |

II. **Basis for Jurisdiction**   *See ATTACHED*

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

3

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* Jenigua Knuckles, is a citizen of the State of *(name)* South Carolina

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

       The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

See Attached

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attached

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9 Dec, 2025

Signature of Plaintiff  *Jeniqua Knuckles*
Printed Name of Plaintiff  Jeniqua Knuckles

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
E-mail Address  _____

6